AO 91 (Rev. 08/16) Criminal Complaint

FILED
FEB 21 2017
CLERK, U.S. DISTRICT COURT
By _____

**SEALED**

# United States District Court

DISTRICT OF _____ TEXAS _____

UNITED STATES OF AMERICA

V.

PEDRO ARREDONDO, a.k.a.
Pedro Antonio Arredondo-Rodriguez

**COMPLAINT**

CASE NUMBER: 3-17-MJ-128-BH

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about February 18, 2017, in the Dallas Division of the Northern District of Texas, defendant(s) did,

> knowingly and intentionally possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule I controlled substance,

in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(A).

I further state that I am a(n) <u>Sergeant with the Dallas Police Department</u> and that this complaint is based on the following facts:

> See attached Affidavit of Dallas Police Department Sergeant Barry Ragsdale, which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:   XX Yes   ___ No

Sgt. B. Ragsdale, #6219
Signature of Complainant
Barry Ragsdale, Sergeant
Dallas Police Department

Sworn to before me and subscribed in my presence, on this 21st day of February, 2017, at Dallas, Texas.

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

Your affiant, Barry Ragsdale, being duly sworn, state that the following is true and correct to the best of my knowledge and belief:

I am employed as Sergeant with the Dallas Police Department. These are not all of the facts known to the investigators:

1. On February 17, 2017, your Affiant received information from Investigator C. Gibson, #46, who is employed as a police officer with the Shawnee Police Department in Shawnee, Oklahoma, currently assigned to the Oklahoma District 23 Drug and Violent Crime Task Force (DVCTF). Investigator Gibson has been assigned to the DVCTF for the past year. Investigator Gibson has conducted controlled purchases of a variety of illegal narcotics using confidential informants, obtained and executed narcotics search warrants, and conducted visual and physical surveillance on individuals and residences associated with various drug trafficking organizations.

2. Investigator Gibson provided your Affiant with information that the District 23 DVCTF has been conducting an ongoing narcotic investigation involving the illegal distribution of methamphetamine in Dallas, Texas, and Oklahoma City, Oklahoma. Investigator Gibson provided your Affiant with information that the residence located at 9760 Calle Del Oro Lane, Dallas, Dallas County, Texas, was involved in their ongoing narcotic-related investigation. Dallas Police Department Narcotics Detective B. Boston, #7395, conducted several database checks and learned that **Pedro ARREDONDO** and Leticia GAONA DE ARREDONDO own the residence and reside at the location.

3. On February 18, 2017, at approximately 11:00 a.m., Dallas Police Sergeant, B. Ragsdale, #6219, Detectives D. Fogle, #8704, and K. Whitworth, #7889, and District 23 DVCTF Sgt. J. Holasek, #44, and Investigator Gibson established surveillance at 9760 Calle Del Oro Lane, Dallas, Texas. The surveillance officers observed a gold 2008 Chevrolet Tahoe bearing Texas license plate: BK4-M634 parked in the driveway of the residence. Dallas Police Sgt. R. Stinson, #8656, and Officer M. Bono, # 10351, joined the surveillance at the location. During the surveillance, officers observed **Pedro ARREDONDO** and Leticia GAONA DE ARREDONDO loading items into the vehicle on numerous occasions. At approximately 2:47 p.m., Officer Bono observed **Pedro ARREDONDO** and Leticia GAONA DE ARREDONDO, along with three small children enter the vehicle. **Pedro ARREDONDO** entered the driver's seat and Leticia GAONA DE ARREDONDO entered the front passenger's seat. The small children were placed in the middle and back seat. The vehicle departed the residence, but quickly

returned to the residence at 2:52 p.m. Officer Bono observed **Pedro ARREDONDO** exit the Tahoe and enter a white truck. Pedro ARREDONDO re-entered the Tahoe and departed the location at approximately 2:54 p.m.

4. Surveillance officers followed the Tahoe directly from the residence until a traffic stop was initiated by Dallas Police Uniformed Officers D. Waskom, #8868 and L. Cooksey, #10438, for failure to signal a lane change westbound 9600 Lyndon B Johnson Fwy, Dallas, Dallas County, TX. **Pedro ARREDONDO** came to a stop at 8500 Lyndon B Johnson Fwy. Officer Waskom's vehicle was equipped with audio/video recording capabilities and Officer Cooksey was wearing a body camera equipped with audio/video recording capabilities.

5. Officer Waskom requested consent to search the vehicle from **Pedro ARREDONDO** and he voluntarily gave consent. Officer Waskom noticed a large speaker, sitting on the driver's side floor board, directly behind the driver's seat. Officer Waskom noticed a bag inside the speaker box. Based on Officer's Waskom training and experience in conducting narcotic-related traffic stops, he believed the bag inside the speaker box contained illegal narcotics. At that point, Dallas Police Narcotic's K-9 Detective M. Rangel, #6247, arrived with K-9 Justice. Justice alerted on the speaker box by sitting down. Officer Waskom removed the speaker box, opened the speaker box up, and observed approximately one (1) kilogram of suspected methamphetamine inside the speaker box. **Pedro ARREDONDO** was placed under arrest and transported to the Dallas Police Department's Narcotics Division.

6. Detective M. Rangel conducted a presumptive field-test of the suspected methamphetamine which yielded positive results for the presence of methamphetamine as witnessed by Sgt. B. Ragsdale, #6219.

7. The suspected methamphetamine was weighed and processed by Detectives M. Rangel and B. Boston. The gross weight of the bag containing the suspected methamphetamine was 997.4 grams. The packaging weighed approximately 12.0 grams leaving 985.4 grams for the approximate net weight of the methamphetamine. The suspected methamphetamine was placed in Baylor property room by Detectives Fogle and C. Montemayor, #8114, on tag #082919D with a total evidence bag and contents weight of 1033.9 grams.

8. **Pedro ARREDONDO's** vehicle was towed to the Dallas Police Department auto pound by a contract wrecker.

9. All weights and times are approximate.

Complaint – Page 2

10. **Pedro ARREDONDO**, pursuant to the *Miranda* Warning, provided a voluntary statement regarding his involvement in the illegal possession with intent to distribute the suspected methamphetamine.

11. On February 18, 2017, Detective B. Boston obtained a search warrant for **Pedro ARREDONDO's** residence at 9760 Calle Del Oro Lane, Dallas, Dallas County, Texas, signed by Texas State District Court Judge Rick Magnis, 283rd Judicial District Court.

12. Upon executing the search warrant, Detectives seized two digital scales commonly used to weigh illegal narcotics, clear baggies commonly used to package illegal narcotics, thirty-one (31) rounds of 9mm ammunition, six (6) rounds of .45 caliber ammunition, three (3) 9mm magazines, various cellular telephones, financial documents that revealed U.S. currency was had been wired to Michoacán, Mexico. A total of $2,043.00 U.S. currency was seized from the ARREDONDO's persons and residence.

13. Detective Whitworth conducted a criminal history check on **Pedro ARREDONDO** which revealed previous federal felony convictions for Aiding and Abetting, Bulk Cash Smuggling, and False Statements out of the Western District of Texas. **Pedro ARREDONDO** was convicted on December 15, 2010, and sentenced to 21 months in Federal Imprisonment, three (3) years supervised release, and a $4000 fine. On June 13, 2012, **Pedro ARREDONDO** was released from supervised release.

14. Based on the foregoing, the Complainant believes that probable cause exists that **Pedro ARREDONDO** has committed offenses involving a violation of Title 21, United States Code, Section 841(a)(1) & (b)(1)(A).

*Sgt. B. Ragsdale #6219*
Barry Ragsdale, Sergeant
Dallas Police Department

SUBSCRIBED and SWORN to before me on the 21st day of February, 2017.

IRMA C. RAMIREZ
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS

Complaint – Page 3